# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Magner, Elizabeth W. | Bankruptcy Court, ED La. | 11/1/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

500 Poydras St. Ste B-741B
New Orleans, La. 70130-3310

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 RPW Children's Trust |
| 2. | Trustee | Trust #2 RPW Children's Trust |
| 3. | Trustee | Trust #3 DHW Testmentary Trust for ARW |
| 4. | Trustee | Trust #4 DHW Testementary Trust for KEW |
| 5. | Trustee | Trust #5 DHW Testemantary Trust for MEW |
| 6. | Trustee | Trust #6 RPW Exemption Trust |
| 7. | Executrix | Succession of DHW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Partner, Jones, Walker, LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Conference Institue | January 29-31, 2014 | New York, NY | Speaking | Meals, hotel, transportation |
| 3. | New Orleans Association of Women Attorneys | June 18, 2015 | New Orleans, La. | Speaking | Meal |
| 4. | Symposium on Katrina/ The Atlantic Monthly | August 24, 2015 | New Orleans, La | Analysis of progress post Katrina | Meal |
| 5. | American Confrence Institute | October 26-29, 2015 | New York, NY | Speaking | Meals, hotel, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Louisiana State University Paul M. Hebert Law Center Seminar on Bankruptcy | November 5-6, 2015 | Baton Rouge, La. | Speaking | Meals |
| 7. | Turnaround Mgt. Ass'n | November 4, 2015 | Baton Rouge, La. | Speaking | Meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank | Construction line of credit | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real property Waynesville, N.C.-purchased 2003; $165,000 | | None | M | R | | | | | |
| 2. United Health Group Common Stock | A | Dividend | M | T | | | | | |
| 3. Trust #1 income and principal beneficiary- Guardian Life Ins. | D | Interest | N | T | | | | | |
| 4. Trust #2- R P Wall Children's Trust- Trustee | | None | | | | | | | |
| 5. Whitney National Bank Accounts | A | Interest | K | T | | | | | |
| 6. Guardian Life Insurance-universal variable life | A | Dividend | L | U | | | | | |
| 7. EWA, LLC | A | Int./Div. | J | U | | | | | |
| 8. MA Patout, Inc | C | Int./Div. | J | U | | | | | |
| 9. Berkshire Hathaway, Inc. common stock | | None | L | T | | | | | |
| 10. Real property Union City, TN 25%; 3/7/2014 | C | Rent | M | Q | Sold (part) | 04/30/15 | L | E | |
| 11. | | | | | | | | | |
| 12. WHITNEY Investment Account | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. Fidelity Gov't MMKT Capital Reserves f/k/a Prime Capital Fund Reserves | A | Interest | J | T | | | | | |
| 15. -Harris Cnty Tex Mun Util Dist No 165 | C | Interest | M | T | | | | | |
| 16. -Sienna Plantation Mun Util Dist No 10 | C | Interest | M | T | | | | | |
| 17. -Pasco Cnty Fla Sch Brd Ctfs Partn COPS | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. FIDELITY IRA ROLLOVER | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. -AB Lg Cap Growth | | None | | | Buy | 06/30/15 | K | | |
| 22. | | | | | Sold | 10/09/15 | K | A | |
| 23. -Alger Spectra Fd Cl A | | None | | | Buy | 03/23/15 | K | | |
| 24. | | | | | Sold | 06/16/15 | K | A | |
| 25. -Alliance Bernstein HI Inc CL A | A | Dividend | | | Buy | 01/13/15 | K | | |
| 26. | | | | | Sold | 04/23/15 | K | A | |
| 27. -Am Mutual FD CL A-SeePart VIII | A | Dividend | | | Sold | 03/19/15 | K | A | |
| 28. -Am Century All Cap Growth Inv | | None | | | Buy | 08/12/15 | K | | |
| 29. | | | | | Sold | 10/14/15 | K | A | |
| 30. -Am Century Bal Inv | A | Dividend | | | Sold (part) | 03/11/15 | K | A | |
| 31. | | | | | Sold | 07/31/15 | K | A | |
| 32. -Am Century Gov't BD | A | Dividend | | | Buy | 08/03/15 | K | | |
| 33. | | | | | Sold | 10/30/15 | K | | |
| 34. -Am Century Real Estae Inv CL | | None | | | Buy | 09/28/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/17/15 | J | A | |
| 36. | | | | | Sold | 12/24/15 | K | B | |
| 37.   -Aston/ Montag & Caldwell Growth CL N | | None | | | Buy | 05/15/15 | K | | |
| 38. | | | | | Sold | 07/14/15 | K | A | |
| 39.   -Blackrock Basic Value FD CL A | | None | | | Sold (part) | 02/12/15 | K | A | |
| 40. | | | | | Buy (add'l) | 06/24/15 | K | | |
| 41. | | | | | Sold | 08/18/15 | K | A | |
| 42.   -Columbia MID Cap Growth CL A | | None | | | Buy | 03/11/15 | K | | |
| 43. | | | | | Sold | 06/10/15 | K | A | |
| 44. | | | | | Buy | 06/16/15 | K | | |
| 45. | | | | | Sold | 08/12/15 | K | A | |
| 46.   -Capital Income Builder FD CL A (X) | | None | | | | | | | |
| 47.   -Clipper | | | | | Buy | 06/12/15 | K | | |
| 48. | | | | | Sold | 10/02/15 | K | A | |
| 49.   -Deutsch Div Equity FD | A | Dividend | | | Sold | 04/09/15 | K | A | |
| 50. | | | | | | | | | |
| 51.   -Deutsche Sm Cap Value FD A | D | Dividend | | | Sold | 01/22/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 04/23/15 | K | | |
| 53. | | | | | Sold | 07/10/15 | K | A | |
| 54. | | | | | Buy | 10/19/15 | K | | |
| 55. | | | | | Sold (part) | 12/17/15 | J | A | |
| 56. | | | | | Sold | 12/30/15 | K | B | |
| 57. -Dreyfus Growth & Inc | | None | | | Buy | 05/15/15 | K | | |
| 58. | | | | | Sold | 06/30/15 | K | A | |
| 59. -Eaton Vance Global Macro Absolte RT CL A+ | B | Dividend | K | T | Buy | 10/30/15 | K | | |
| 60. | | | | | Sold (part) | 12/17/15 | J | A | |
| 61. -Fidelity Advisor Equity Growth CL I | | None | | | Sold | 01/14/15 | K | A | |
| 62. -Fidelity Asset Mgr | | None | | | Buy | 01/28/15 | K | | |
| 63. | | | | | Sold | 04/17/15 | K | A | |
| 64. -Fidelity Convertible Sec | A | Dividend | | | Sold | 01/30/15 | K | A | |
| 65. | | | | | Sold | 02/02/15 | K | A | |
| 66. -Fidelity MSCI Info Tech Ind ETF Avg | A | Dividend | K | T | Buy | 11/17/15 | K | | |
| 67. | | | | | Sold (part) | 11/21/15 | J | A | |
| 68. -Fidelity Select Biotechnology | | Dividend | | | Sold | 02/10/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Select Consum | | None | | | Sold | 03/29/15 | K | A | |
| 70. -Fidelity Select Energy | A | Dividend | | | Buy | 02/02/15 | K | | |
| 71. | | | | | Sold | 05/13/15 | K | A | |
| 72. -First TR US IPO Ind FD Shs Exec on Multi Exchg | | None | | | Buy | 07/17/15 | K | | |
| 73. | | | | | Buy (add'l) | 07/20/15 | K | | |
| 74. | | | | | Sold (part) | 08/31/15 | K | A | |
| 75. | | | | | Sold | 09/04/15 | K | A | |
| 76. -Franklin Convert Sec | A | Dividend | K | T | Sold | 01/13/15 | K | A | |
| 77. | | | | | Buy | 11/09/15 | K | | |
| 78. | | | | | Sold (part) | 12/17/15 | J | A | |
| 79. -Franklin Mutual Fin Svcs CL A | | None | | | Buy | 05/22/15 | K | | |
| 80. | | | | | Sold | 08/31/15 | K | A | |
| 81. -Goldman Sachs MID Cap VL CL A | | None | | | Buy | 01/23/15 | K | | |
| 82. | | | | | Sold | 04/23/15 | K | A | |
| 83. -Guggenheim Multi-Hedge Strat P+ | | None | K | T | Buy | 12/30/15 | K | | |
| 84. -Invesco Comstk FD CL A | | None | | | Buy | 04/17/15 | K | | |
| 85. | | | | | Sold | 05/22/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. –IVY Lg Cap Growth | | None | | | Buy | 01/30/15 | K | | |
| 87. | | | | | Buy | 02/02/15 | K | | |
| 88. | | | | | Sold | 05/18/15 | K | A | |
| 89. –ISHARES MSCI EAFE Sm cap ETF EXEC on Multi Exg | | None | | | Buy | 08/20/15 | K | | |
| 90. | | | | | Sold | 09/30/15 | K | A | |
| 91. –Ishares Russell 100 Value FD A+ | | None | K | T | Buy | 10/14/15 | K | | |
| 92. | | | | | Buy (add'l) | 10/23/15 | K | | |
| 93. | | | | | Sold (part) | 12/21/15 | J | A | |
| 94. –ISHARES TR EAFE SML ETF | | None | | | Buy | 12/30/15 | K | | |
| 95. –Janus Research Fd CL T | | None | | | Buy | 04/09/15 | K | | |
| 96. | | | | | Sold | 06/12/15 | K | A | |
| 97. –Mainstay Unconstrnd BD Opp A | A | Dividend | | | Buy | 04/30/15 | K | | |
| 98. | | | | | Sold | 07/21/15 | K | A | |
| 99. –MFS International New Discovery CL A | | None | | | Buy | 05/29/15 | K | | |
| 100. | | | | | Buy | 06/01/15 | K | | |
| 101. | | | | | Sold | 06/17/15 | K | A | |
| 102. –Northern Sm Cap Val | B | Dividend | K | T | Sold | 01/14/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 01/23/15 | K | | |
| 104. | | | | | Sold | 03/23/15 | K | B | |
| 105. | | | | | Buy | 10/21/15 | K | | |
| 106. | | | | | Sold (part) | 12/17/15 | J | A | |
| 107. -Nuveen Mid Cap Growth Opp CLA | | None | | | Buy | 06/10/15 | K | | |
| 108. | | | | | Sold | 08/27/15 | K | A | |
| 109. -Oppenheimer Int'l BD CL A | A | Dividend | | | Buy | 07/21/15 | K | | |
| 110. | | | | | Sold | 11/09/15 | K | A | |
| 111. -Oppenheimer Ltd Term Bd Fd Cl A | A | Dividend | | | Buy | 03/19/15 | K | | |
| 112. | | | | | Sold | 04/30/15 | K | A | |
| 113. -Pimco Intl Stockspls AR Strat | A | Dividend | | | Buy | 03/28/15 | K | | |
| 114. | | | | | Sold | 07/22/15 | K | A | |
| 115. -Putnum Equity Inc CL A+ | B | Dividend | K | T | Buy | 10/21/15 | K | | |
| 116. | | | | | Sold (part) | 12/17/15 | J | A | |
| 117. -Rydex Biotech CL H+ | | None | K | T | Buy | 12/31/15 | K | | |
| 118. -Select Sector SPDR TR Consumer | A | Dividend | | | Buy | 07/24/15 | K | | |
| 119. | | | | | Sold | 11/17/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -SSGA Emerging | D | Dividend | K | T | Buy | 02/12/15 | K | | |
| 121. | | | | | Sold (part) | 05/29/15 | K | B | |
| 122. | | | | | Sold | 06/01/15 | K | B | |
| 123. | | | | | Buy | 10/30/15 | K | | |
| 124.  -Fidelity Cash Reserves | | None | K | T | | | | | |
| 125. | | | | | | | | | |
| 126.  Personal Raymond James IRA Rollover | | | | | | | | | |
| 127. | | | | | | | | | |
| 128.  -Am Mutual Fund Cl A | A | Dividend | J | T | | | | | |
| 129.  -Capital Inc Builder DF CL A | A | Dividend | J | T | | | | | |
| 130.  -Inc FD of AM CL A | B | Dividend | J | T | Distributed (part) | 11/16/15 | J | A | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136.  Personal Raymond James Account #1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | | | | | |
| 138. -DeSoto Parish LA Sch BRD Sales & Use Tax Bonds | B | Interest | K | T | | | | | |
| 139. -LA Loc Govt Environmental FACS & Comnty Dev Rev BDS, La Tech | A | Interest | | | Redeemed | 10/01/15 | J | A | |
| 140. -La LOC Govt Environ Fac Dev Bds LCTCS | B | Interest | K | T | | | | | |
| 141. -LSU BD of Supervisors Rev Bonds 2010 | B | Interest | L | T | | | | | |
| 142. -LSU BD of Supervisors Rev Bonds 2012 | C | Interest | M | T | | | | | |
| 143. -Orleans Parish Sch Dist GO Ref Bds Ser 2010 | A | Interest | L | T | | | | | |
| 144. Raymond James Bank | B | Interest | M | T | | | | | |
| 145. | | | | | | | | | |
| 146. 401(K) Jones Walker See Part VIII | | | | | | | | | |
| 147. -FID Freedom K 2025 | A | Int./Div. | M | T | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. TRUST #3 -Trustee | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. -(X)1/8th int in real property, Union City, TN; 3/7/14 see Part VIII | B | Rent | K | Q | Sold (part) | 04/30/15 | K | E | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. Trust #3 Fidelity Rollover IRA Account | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. -iShares Core S&P 500 | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 158. | | | | | Sold | 08/05/15 | J | A | |
| 159. -iShares Russell 2000 | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 160. | | | | | Sold | 08/05/15 | J | A | |
| 161. -Wisdom Tree Trust Hedge | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 162. | | | | | Sold | 08/05/15 | J | A | |
| 163. -Am Century Equity Growth | A | Dividend | J | T | Buy | 08/03/15 | J | | |
| 164. - Am Century Real Estate Inv CL | A | Dividend | J | T | Buy (add'l) | 07/31/15 | J | | |
| 165. -Columbia Acorn CL A | A | Dividend | | | Buy (add'l) | 07/31/15 | J | | |
| 166. | | | | | Sold | 08/03/15 | J | A | |
| 167. -Columbia Acorn Emg Mkt | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 168. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 169. -Diamond Hill Sm Mid CapFD A | A | Dividend | J | T | Buy | 08/03/15 | J | | |
| 170. - DWS Global Hi Inc. DS A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 08/03/15 | J | A | |
| 172. -Eaton Vance Floating Rate FD CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 173. | | | | | Sold | 08/03/15 | J | A | |
| 174. -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 175. | | | | | Sold | 08/03/15 | J | A | |
| 176. -Janus Research FD CL T | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 177. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 178. -JP Morgan Discpln Equity CL A | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 179. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 180. -Oppheimer Intl Growth CL A | A | Dividend | K | T | Buy | 07/31/15 | J | | |
| 181. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 182. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 183. -Oppenheimer Intl Sm Co CL A | A | Dividend | J | T | Buy (add'l) | 07/31/15 | J | | |
| 184. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 185. -Oppenheimer Dev Mkt FD CL A | A | Dividend | J | T | Buy (add'l) | 07/31/15 | J | | |
| 186. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 16 of 45

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

11/1/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. -Pimco Emg MKT BD Instl | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 190. | | | | | Sold (part) | 08/03/15 | J | A | |
| 191. | | | | | Sold | 08/07/15 | J | A | |
| 192. -Pimco Commodities Plus Strat CL D | A | Dividend | J | T | Buy (add'l) | 07/31/15 | J | | |
| 193. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 194. -Principal Mid Cap FD CL A | | None | J | T | Buy | 07/31/15 | J | | |
| 195. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 196. -TIIA CREF instit Growth & Inc FD | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 197. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 198. -Templeton Global BD CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 199. | | | | | Sold | 08/03/15 | K | A | |
| 200. -Teton Westwood Mighty Mites FD AAA | | None | | | Buy | 07/31/15 | J | | |
| 201. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 202. | | | | | Sold | 08/24/15 | J | A | |
| 203. -Third Ave Real Estate Value Invst | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 204. | | | | | Buy (add'l) | 08/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -T Rowe Price health Sciences | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 206. -Voya Global Real Estate CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | | |
| 207. | | | | | Sold | 08/03/15 | J | A | |
| 208. -Voya Sm Co CL A | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 209. -Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 210. | | | | | | | | | |
| 211. Trust#3- Schwab Account | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. -AT&T | | None | | | Sold | 08/13/15 | J | A | |
| 214. -Cisco Sys Inc | | None | | | Sold | 08/13/15 | J | A | |
| 215. -Coca Cola Co | | None | | | Sold | 08/13/15 | J | A | |
| 216. -Deutsche ETF XTRAK MSCI EAFE | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 217. -Duke Energy Corp Com | | None | | | Sold | 08/13/15 | J | A | |
| 218. -Exxon Mobil Corp | | None | | | Sold | 08/13/15 | J | A | |
| 219. -General Electric Co | | None | | | Sold | 08/13/15 | J | A | |
| 220. -Home Depot Inc | | None | | | Sold | 08/13/15 | J | A | |
| 221. -Intel Corp | | None | | | Sold | 08/13/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Ishares Core S&P 500 | A | Dividend | | | Sold | 12/29/15 | K | A | |
| 223. -Ishares Russell 200 | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 224. -Johnson & Johnson | | None | | | Sold | 08/13/15 | J | B | |
| 225. -JPMorgan Chase | | None | | | Sold | 08/13/15 | J | C | |
| 226. -Kraft Foods Group Inc Com NPV | | None | | | Sold | 08/13/15 | J | A | |
| 227. -Lowes Companies | | None | | | Sold | 08/13/15 | J | A | |
| 228. -Microsoft Corp | | None | | | Sold | 08/13/15 | J | A | |
| 229. -Procter & Gamble Co | | None | | | Sold | 08/13/15 | J | A | |
| 230. -Spectra Energy Corp Com | | None | | | Sold | 08/13/15 | J | A | |
| 231. -Teco Energy Inc | | None | | | Sold | 08/13/15 | J | A | |
| 232. -UnitedHealth Group | | None | | | Sold | 08/13/15 | J | B | |
| 233. -Walmart Stores Inc. | | None | | | Sold | 08/13/15 | J | A | |
| 234. -WisdomTree Trust Japan Hedge Eqt | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 235. -Am Century RE Inv Cl | | None | | | Sold | 08/13/15 | J | A | |
| 236. -Am FD Ltd Term Tax Exempt BD FD of Am | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 237. -Am FD Am Mutual FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 238. -Am FD Balanced FD CL A | | None | | | Sold | 08/13/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Am FD Cap Inc Bldr CL A | | None | | | Sold | 08/13/15 | J | A | |
| 240. -Am FD Fundamental Inv FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 241. -Am FD Global Bal FD A | | None | | | Sold | 08/13/15 | J | A | |
| 242. -Am FD Growth FD of AM CL A | | None | | | Sold | 08/13/15 | K | D | |
| 243. -AM FD Inc FD of Am CL A | | None | | | Sold | 08/13/15 | J | C | |
| 244. -Am FD Inv Co of Am CL A | | None | | | Sold | 08/13/15 | J | D | |
| 245. -Columbia Acorn CLA | | None | | | Sold | 08/13/15 | J | A | |
| 246. -DWS Global High Inc CL A | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 247. -Eaton Vance Floating Rate FD CL A | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 248. -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 249. -JPMorgan Incm Builder FD A | | None | | | Sold | 08/13/15 | J | A | |
| 250. -JPMorgan Value Advantage CL A | | None | | | Sold | 08/13/15 | J | A | |
| 251. -Oppenheimer Dev Mkt FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 252. -Oppenheimer Intl Sm Co CL A | | None | | | Sold | 08/13/15 | J | A | |
| 253. -Pimco Emerg Mkts BD Instl | | None | | | Sold | 08/13/15 | J | A | |
| 254. -Pimco Commodities Plus Strat CL D | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 255. -RS Global Natural Resources FD | | None | | | Sold | 08/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Templeton Global BD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 257. -Voya Global RE CL A | | None | | | Sold | 08/13/15 | J | A | |
| 258. -Schwab Adv Cash Reserve Prem | A | Interest | | | Distributed (part) | 05/28/15 | J | A | |
| 259. | | | | | Distributed (part) | 08/13/15 | J | A | |
| 260. -Altegris Macro Strat FD I | | None | J | T | Buy | 08/13/15 | J | | |
| 261. -Altegris Mngd Futures Strat FD | | None | K | T | Buy | 08/13/15 | K | | |
| 262. -Diamond Hill Sm Cap CL I | | None | K | T | Buy | 08/13/15 | K | | |
| 263. -First Eagle Overseas CL A | | None | K | T | Buy | 08/13/15 | K | | |
| 264. -Goldman Sachs Sm Mid Growth | | None | K | T | Buy | 08/13/15 | K | | |
| 265. | | | | | Sold | 11/18/15 | K | A | |
| 266. | | | | | Buy | 12/29/15 | K | | |
| 267. -Jensen Quality Growth FD CL I | | None | K | T | Buy | 08/13/15 | K | | |
| 268. | | | | | Sold | 11/18/15 | K | A | |
| 269. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 270. -Oakmark FD CL I | | None | K | T | Buy | 08/13/15 | K | | |
| 271. -Scout International | | None | | | Buy | 08/13/15 | K | | |
| 272. | | | | | Sold | 11/18/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Virtuscontrarian Value FD CL | | None | K | T | Buy | 08/13/15 | K | | |
| 274. -Wells Fargo Absolute Return | | None | K | T | Buy | 08/13/15 | K | | |
| 275. -Wells Fargo Adv Emrg Mkts Adm | | None | K | T | Buy | 08/13/15 | K | | |
| 276. -iShares Core MSCI EAFE | A | Dividend | K | T | Buy | 11/20/15 | K | | |
| 277. | | | | | | | | | |
| 278. TRUST #4-Trustee | | | | | | | | | |
| 279. | | | | | | | | | |
| 280. -(X)1/8th int in real property Union City, Tn; 3/7/14 see Part VIII | B | Rent | K | Q | Sold (part) | 04/30/15 | K | E | |
| 281. | | | | | | | | | |
| 282. Trust#4--Fidelity IRA Rollover Account | | | | | | | | | |
| 283. | | | | | | | | | |
| 284. -Ishares Core S&P 500 | A | Dividend | | | Sold (part) | 07/31/15 | K | A | |
| 285. | | | | | Sold | 08/05/15 | K | A | |
| 286. -Ishare Russell 2000 | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 287. | | | | | Sold | 08/05/15 | J | A | |
| 288. -WisdomTree Japan Hedge EQT | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 289. | | | | | Sold | 08/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. –Am Century Equity Growth Inv CL | A | Dividend | J | T | Buy | 08/03/15 | J | | |
| 291. –Am Centruy RE Inv CL | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 292. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 293. –Columbia Acorn CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | | |
| 294. | | | | | Sold | 08/03/15 | J | | |
| 295. –Columbia Acorn Emerg Mkts A | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 296. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 297. –Diamond Hill Sm Mid Cap FD A | A | Dividend | J | T | Buy | 08/03/15 | J | | |
| 298. –DWS Global Hi Inc CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 299. | | | | | Sold | 08/03/15 | J | A | |
| 300. –Eaton Vance Floating Rate FD CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 301. | | | | | Sold | 08/03/15 | J | A | |
| 302. –Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 303. | | | | | Sold | 08/03/15 | K | A | |
| 304. –Janus Research FD CL T | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 305. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 306. –JP Morgan Discpln Equity CL A | A | Dividend | J | T | Buy | 07/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 308.  -Oppenheimer Int'l Growth CL A | A | Dividend | K | T | Buy | 08/03/15 | J | | |
| 309. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 310. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 311.  -Oppenheimer Intl Sm Co CL A | A | Dividend | J | T | Buy (add'l) | 07/31/15 | J | | |
| 312. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 313.  -Oppenheimer Dev Mkts FD CL A | A | Dividend | J | T | Buy (add'l) | 07/31/15 | J | | |
| 314. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 315.  -Pimco Emerging Mkts BD Instl | A | Dividend | | | Sold (part) | 07/31/15 | J | | |
| 316. | | | | | Sold (part) | 08/03/15 | J | A | |
| 317. | | | | | Sold | 08/07/15 | J | A | |
| 318.  -Pimco Commodities Plus Strat CL D | | None | J | T | Buy | 07/31/15 | J | | |
| 319. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 320.  -Principal Mid Cap FD CL A | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 321. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 322.  - TIAA CREF Instit Growth & Inc FD | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 323. | | | | | Buy (add'l) | 08/03/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. -Templeton Global BD CLA | A | Dividend | | | Sold (part) | 07/31/15 | K | A | |
| 326. | | | | | Sold | 08/03/15 | J | A | |
| 327. -Teton Westwood Mighty Mites FD AAA | | None | | | Buy | 07/31/15 | J | | |
| 328. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 329. | | | | | Sold | 08/24/15 | J | A | |
| 330. -Third Ave Real Estate Value Invst | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 331. | | | | | Buy | 08/03/15 | J | | |
| 332. -T Rowe Price Health Sciences | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 333. -Voya Global Real Estate CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | | |
| 334. | | | | | Sold | 08/03/15 | J | A | |
| 335. -Voya Sm Co CL A | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 336. -Fidelity Gov't Cash Reserves | A | Int./Div. | J | T | Distributed (part) | 12/16/15 | J | A | |
| 337. | | | | | | | | | |
| 338. | | | | | | | | | |
| 339. | | | | | | | | | |
| 340. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | | | | | |
| 342. Trust #4- Schwab Account | | | | | | | | | |
| 343. | | | | | | | | | |
| 344. -AT&T | | None | | | Sold | 08/13/15 | J | A | |
| 345. -Cisco Sys Inc | | None | | | Sold | 08/13/15 | J | A | |
| 346. -Coca Cola Co | | None | | | Sold | 08/13/15 | J | A | |
| 347. -Deutsche ETF XTRAK MSCI EAFE | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 348. -Duke Energy Corp Com | | None | | | Sold | 08/13/15 | J | A | |
| 349. -Exxon Mobil Corp | | None | | | Sold | 08/13/15 | J | A | |
| 350. -General Electric Co | | None | | | Sold | 08/13/15 | J | A | |
| 351. -Home Depot Inc | | None | | | Sold | 08/13/15 | J | A | |
| 352. -Intel Corp | | None | | | Sold | 08/13/15 | J | C | |
| 353. -Ishares Core S&P 500 | A | Dividend | | | Sold | 12/29/15 | K | A | |
| 354. -Ishares Russell 200 | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 355. -Johnson & Johnson | | None | | | Sold | 08/13/15 | J | B | |
| 356. -JPMorgan Chase | | None | | | Sold | 08/13/15 | J | C | |
| 357. -Kraft Foods Group Inc Com NPV | | None | | | Sold | 08/13/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -Lowes Companies | | None | | | Sold | 08/13/15 | J | A | |
| 359.  -Microsoft Corp | | None | | | Sold | 08/13/15 | J | A | |
| 360.  -Procter & Gamble Co | | None | | | Sold | 08/13/15 | J | A | |
| 361.  -Spectra Energy Corp Com | | None | | | Sold | 08/13/15 | J | A | |
| 362.  -Teco Energy Inc | | None | | | Sold | 08/13/15 | J | A | |
| 363.  -UnitedHealth Group | | None | | | Sold | 08/13/15 | J | B | |
| 364.  -Walmart Stores Inc. | | None | | | Sold | 08/13/15 | J | A | |
| 365.  -WisdomTree Trust Japan Hedge Eqt | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 366.  -Am Century RE Inv Cl | | None | | | Sold | 08/13/15 | J | A | |
| 367.  -Am FD Ltd Term Tax Exempt BD FD of Am | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 368.  -Am FD Am Mutual FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 369.  -Am FD Balanced FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 370.  -Am FD Cap Inc Bldr CL A | | None | | | Sold | 08/13/15 | J | A | |
| 371.  -Am FD Fundamental Inv FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 372.  -Am FD Global Bal FD A | | None | | | Sold | 08/13/15 | J | A | |
| 373.  -Am FD Growth FD of AM CL A | | None | | | Sold | 08/13/15 | K | D | |
| 374.  -AM FD Inc FD of Am CL A | | None | | | Sold | 08/13/15 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Am FD Inv Co of Am CL A | | None | | | Sold | 08/13/15 | J | D | |
| 376. -Columbia Acorn CLA | | None | | | Sold | 08/13/15 | J | A | |
| 377. -DWS Global High Inc CL A | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 378. -Eaton Vance Floating Rate FD CL A | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 379. -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 380. -JPMorgan Incm Builder FD A | | None | | | Sold | 08/13/15 | J | A | |
| 381. -JPMorgan Value Advantage CL A | | None | | | Sold | 08/13/15 | J | A | |
| 382. -Oppenheimer Dev Mkt FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 383. -Oppenheimer Intl Sm Co CL A | | None | | | Sold | 08/13/15 | J | A | |
| 384. -Pimco Emerg Mkts BD Instl | | None | | | Sold | 08/13/15 | J | A | |
| 385. -Pimco Commodities Plus Strat CL D | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 386. -RS Global Natural Resources FD | | None | | | Sold | 08/13/15 | J | A | |
| 387. -Templeton Global BD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 388. -Voya Global RE CL A | | None | | | Sold | 08/13/15 | J | A | |
| 389. -Schwab Adv Cash Reserve Prem | A | Interest | | | Distributed (part) | 05/28/15 | J | A | |
| 390. | | | | | Distributed (part) | 08/13/15 | J | A | |
| 391. -Altegris Macro Strat FD I | | None | J | T | Buy | 08/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -Altegris Mngd Futures Strat FD | | None | K | T | Buy | 08/13/15 | K | | |
| 393. -Diamond Hill Sm Cap CL I | | None | K | T | Buy | 08/13/15 | K | | |
| 394. -First Eagle Overseas CL A | | None | K | T | Buy | 08/13/15 | K | | |
| 395. -Goldman Sachs Sm Mid Growth | | None | K | T | Buy | 08/13/15 | K | | |
| 396. | | | | | Sold | 11/18/15 | K | A | |
| 397. | | | | | Buy | 12/29/15 | K | | |
| 398. -Jensen Quality Growth FD CL I | | None | K | T | Buy | 08/13/15 | K | | |
| 399. | | | | | Sold | 11/18/15 | K | A | |
| 400. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 401. -Oakmark FD CL I | | None | K | T | Buy | 08/13/15 | K | | |
| 402. -Scout International | | None | | | Buy | 08/13/15 | K | | |
| 403. | | | | | Sold | 11/18/15 | K | A | |
| 404. -Virtuscontrarian Value FD CL | | None | K | T | Buy | 08/13/15 | K | | |
| 405. -Wells Fargo Absolute Return | | None | K | T | Buy | 08/13/15 | K | | |
| 406. -Wells Fargo Adv Emrg Mkts Adm | | None | K | T | Buy | 08/13/15 | K | | |
| 407. -iShares Core MSCI EAFE | A | Dividend | K | T | Buy | 11/20/15 | K | | |
| 408. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | | | | | |
| 410. TRUST #5 -Trustee | | | | | | | | | |
| 411. | | | | | | | | | |
| 412. -(X)1/8th int in real property Union City, TN; 3/7/14 See Part VIII | C | Rent | L | Q | Sold (part) | 04/30/15 | K | E | |
| 413. | | | | | | | | | |
| 414. Trust#5--Fidelity Rollover IRA Account | | | | | | | | | |
| 415. | | | | | | | | | |
| 416. -Ishares Core S&P 500 | A | Dividend | K | T | Sold (part) | 07/31/15 | K | B | |
| 417. | | | | | Buy | 08/05/15 | K | | |
| 418. -Ishare Russell 2000 | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 419. | | | | | Sold | 08/05/15 | J | A | |
| 420. -WisdomTree Japan Hedge EQT | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 421. | | | | | Sold | 08/05/15 | J | A | |
| 422. -Am Centruy RE Inv CL | A | Dividend | J | T | Buy (add'l) | 07/31/15 | J | | |
| 423. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 424. -Am Century Equity Growth Inv CL | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 425. | | | | | Buy (add'l) | 08/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 45

**Name of Person Reporting**

**Magner, Elizabeth W.**

**Date of Report**

11/1/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | | | | | |
| 427. -Columbia Acorn CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 428. | | | | | Sold | 08/03/15 | J | | |
| 429. -Columbia Acorn Emer Mkt A | | None | J | T | Buy | 07/31/15 | J | | |
| 430. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 431. -Diamond Hill Sm Mik Cap FD A | A | Dividend | J | T | Buy | 08/03/15 | J | | |
| 432. -DWS Global Hi Inc CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 433. | | | | | Sold | 08/03/15 | J | A | |
| 434. -Eaton Vance Floating Rate FD CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 435. | | | | | Sold | 08/03/15 | J | | |
| 436. -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Sold (part) | 07/31/15 | K | A | |
| 437. | | | | | Sold | 08/03/15 | K | A | |
| 438. -Janus Research FD Cl T | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 439. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 440. -JP Morgan Discpln Equ CL A | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 441. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 442. _Oppenheimer International Growth CL A | A | Dividend | J | T | Buy | 08/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. -Oppenheimer Intl Sm Co CL A | A | Dividend | J | T | Buy (add'l) | 07/31/15 | J | | |
| 444. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 445. -Oppenheimer Growth CL A | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 446. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 447. -Oppenheimer Dev Mkts FD CL A | A | Dividend | J | T | Sold | 07/31/15 | J | A | |
| 448. | | | | | Buy | 08/03/15 | J | | |
| 449. -Pimco Emer Mkts BD Instl | A | Dividend | | | Sold (part) | 08/03/15 | J | A | |
| 450. | | | | | Sold | 08/12/15 | J | A | |
| 451. -Pimco Commodities Plus Strat CL D | A | Dividend | J | T | Sold | 07/31/15 | J | A | |
| 452. | | | | | Buy | 08/03/15 | J | | |
| 453. -Pimco Commodiities | | None | J | T | Buy | 07/31/15 | J | | |
| 454. -Principal Mid Cap FD CL A | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 455. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 456. -TIAA Cref Instit Growth & Inc FD | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 457. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 458. -Templeton Global BD CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 459. | | | | | Sold | 08/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 45

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

11/1/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | | | | | |
| 461. -Teton Westwood Mighty Mites FD AAA | | None | | | Buy | 07/31/15 | J | | |
| 462. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 463. | | | | | Sold | 08/24/15 | J | A | |
| 464. -Third Ave RE Value Invst | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 465. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 466. -T Rowe Price Health Sciences | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 467. -Voya Global RE CL A | A | Dividend | | | Sold (part) | 07/31/15 | J | A | |
| 468. | | | | | Sold | 08/03/15 | J | A | |
| 469. -Voya Sm Co CL A | | None | J | T | Buy | 08/25/15 | J | | |
| 470. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 471. | | | | | | | | | |
| 472. Trust#5- Schwab Account | | | | | | | | | |
| 473. | | | | | | | | | |
| 474. -AT&T | | None | | | Sold | 08/13/15 | J | A | |
| 475. -Cisco Sys Inc | | None | | | Sold | 08/13/15 | J | A | |
| 476. -Coca Cola Co | | None | | | Sold | 08/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 45

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

11/1/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  -Deutsche ETF XTRAK MSCI EAFE | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 478.  -Duke Energy Corp Com | | None | | | Sold | 08/13/15 | J | A | |
| 479.  -Exxon Mobil Corp | | None | | | Sold | 08/13/15 | J | A | |
| 480.  -General Electric Co | | None | | | Sold | 08/13/15 | J | A | |
| 481.  -Home Depot Inc | | None | | | Sold | 08/13/15 | J | A | |
| 482.  -Intel Corp | | None | | | Sold | 08/13/15 | J | C | |
| 483.  -Ishares Core S&P 500 | A | Dividend | | | Sold | 12/29/15 | K | A | |
| 484.  -Ishares Russell 200 | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 485.  -Johnson & Johnson | | None | | | Sold | 08/13/15 | J | B | |
| 486.  -JPMorgan Chase | | None | | | Sold | 08/13/15 | J | C | |
| 487.  -Kraft Foods Group Inc Com NPV | | None | | | Sold | 08/13/15 | J | A | |
| 488.  -Lowes Companies | | None | | | Sold | 08/13/15 | J | A | |
| 489.  -Microsoft Corp | | None | | | Sold | 08/13/15 | J | A | |
| 490.  -Procter & Gamble Co | | None | | | Sold | 08/13/15 | J | A | |
| 491.  -Spectra Energy Corp Com | | None | | | Sold | 08/13/15 | J | A | |
| 492.  -Teco Energy Inc | | None | | | Sold | 08/13/15 | J | A | |
| 493.  -UnitedHealth Group | | None | | | Sold | 08/13/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 11/1/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Walmart Stores Inc. | | None | | | Sold | 08/13/15 | J | A | |
| 495. -WisdomTree Trust Japan Hedge Eqt | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 496. -Am Century RE Inv Cl | | None | | | Sold | 08/13/15 | J | A | |
| 497. -Am FD Ltd Term Tax Exempt BD FD of Am | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 498. -Am FD Am Mutual FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 499. -Am FD Balanced FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 500. -Am FD Cap Inc Bldr CL A | | None | | | Sold | 08/13/15 | J | A | |
| 501. -Am FD Fundamental Inv FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 502. -Am FD Global Bal FD A | | None | | | Sold | 08/13/15 | J | A | |
| 503. -Am FD Growth FD of AM CL A | | None | | | Sold | 08/13/15 | K | D | |
| 504. -AM FD Inc FD of Am CL A | | None | | | Sold | 08/13/15 | J | C | |
| 505. -Am FD Inv Co of Am CL A | | None | | | Sold | 08/13/15 | J | D | |
| 506. -Columbia Acorn CLA | | None | | | Sold | 08/13/15 | J | A | |
| 507. -DWS Global High Inc CL A | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 508. -Eaton Vance Floating Rate FD CL A | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 509. -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 510. -JPMorgan Incm Builder FD A | | None | | | Sold | 08/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 45

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

11/1/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -JPMorgan Value Advantage CL A | | None | | | Sold | 08/13/15 | J | A | |
| 512. -Oppenheimer Dev Mkt FD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 513. -Oppenheimer Intl Sm Co CL A | | None | | | Sold | 08/13/15 | J | A | |
| 514. -Pimco Emerg Mkts BD Instl | | None | | | Sold | 08/13/15 | J | A | |
| 515. -Pimco Commodities Plus Strat CL D | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 516. -RS Global Natural Resources FD | | None | | | Sold | 08/13/15 | J | A | |
| 517. -Templeton Global BD CL A | | None | | | Sold | 08/13/15 | J | A | |
| 518. -Voya Global RE CL A | | None | | | Sold | 08/13/15 | J | A | |
| 519. -Schwab Adv Cash Reserve Prem | A | Interest | J | T | | | | | |
| 520. -Altegris Macro Strat FD I | | None | J | T | Buy | 08/13/15 | J | | |
| 521. -Altegris Mngd Futures Strat FD | | None | K | T | Buy | 08/13/15 | K | | |
| 522. -Diamond Hill Sm Cap CL I | | None | K | T | Buy | 08/13/15 | K | | |
| 523. -First Eagle Overseas CL A | | None | K | T | Buy | 08/13/15 | K | | |
| 524. -Goldman Sachs Sm Mid Growth | | None | K | T | Buy | 08/13/15 | K | | |
| 525. | | | | | Sold | 11/18/15 | K | A | |
| 526. | | | | | Buy | 12/29/15 | K | | |
| 527. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 45

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

11/1/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | | | | | |
| 529.  -Jensen Quality Growth FD CL I | | None | K | T | Buy | 08/13/15 | K | | |
| 530. | | | | | Sold | 11/18/15 | K | A | |
| 531. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 532.  -Oakmark FD CL I | | None | K | T | Buy | 08/13/15 | K | | |
| 533.  -Scout International | | None | | | Buy | 08/13/15 | K | | |
| 534. | | | | | Sold | 11/18/15 | K | A | |
| 535.  -Virtuscontrarian Value FD CL | | None | K | T | Buy | 08/13/15 | K | | |
| 536.  -Wells Fargo Absolute Return | | None | K | T | Buy | 08/13/15 | K | | |
| 537.  -Wells Fargo Adv Emrg Mkts Adm | | None | K | T | Buy | 08/13/15 | K | | |
| 538.  -iShares Core MSCI EAFE | A | Dividend | K | T | Buy | 11/20/15 | K | | |
| 539. | | | | | | | | | |
| 540. | | | | | | | | | |
| 541. | | | | | | | | | |
| 542. | | | | | | | | | |
| 543. | | | | | | | | | |
| 544. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | | | | | |
| 546. ESTATE ACCOUNTS-Executrix and heir | | | | | | | | | |
| 547. | | | | | | | | | |
| 548. FIDELITY ESTATE ACCOUNT #1 | | | | | | | | | |
| 549. | | | | | | | | | |
| 550. -Ishares Core S&P 500 | B | Dividend | | | Sold | 07/27/15 | M | D | |
| 551. -Ishares Russell 2000 | A | Dividend | | | Sold | 07/27/15 | K | A | |
| 552. -WisdomTree Trust Japan Hedge EQT | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 553. -Am Centrury RE Inv CL | A | Dividend | | | Sold | 07/23/15 | J | A | |
| 554. -Columbia Acorn CL A | B | Dividend | | | Sold | 07/23/15 | K | A | |
| 555. -DWS Global Hi Inc CL A (Deutsche Global Hi Inc FD A) | A | Dividend | | | Sold | 07/23/15 | K | A | |
| 556. -Eaton Vance Flting Rate FD CL A | A | Dividend | | | Sold | 07/23/15 | J | A | |
| 557. -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Sold | 07/23/15 | L | A | |
| 558. -ING Global RE CL A (Voya Global RE CL A) | A | Dividend | | | Sold | 07/23/15 | J | A | |
| 559. -Oppenheimer Dev Mkts FD CL A | | None | | | Sold | 07/23/15 | J | A | |
| 560. -Pimco Emerging MKTS Bd Instl | A | Dividend | | | Sold | 07/23/15 | J | A | |
| 561. -Pimco Commodities Plus Strategy CL D | | None | | | Sold | 07/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: Magner, Elizabeth W.

Date of Report: 11/1/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Templeton Global BD CL A | B | Dividend | | | Sold | 07/23/15 | L | A | |
| 563. -Fidelity Municipal Money Mkt | A | Dividend | J | T | Distributed (part) | 08/03/15 | M | A | |
| 564. | | | | | | | | | |
| 565. FIDELITY ESTATE ACCOUNT #2 | | | | | | | | | |
| 566. | | | | | | | | | |
| 567. -AT&T Inc | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 568. -Cisco Sys Inc | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 569. -Coca Cola Co | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 570. -Duke Energy Corp Com | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 571. -Exxon Mobil Corp | B | Dividend | | | Sold | 07/27/15 | K | A | |
| 572. -General Electric Co | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 573. -Home Depot Inc | A | Dividend | | | Sold | 07/27/15 | J | E | |
| 574. -Intel Corp | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 575. -Johnson & Johnson | B | Dividend | | | Sold | 07/27/15 | L | E | |
| 576. -Kraft Heinz Co f/k/a Kraft Foods Group Inc Com NPV | A | Dividend | | | Sold | 07/27/15 | J | B | |
| 577. -Lowes Companies | A | Dividend | | | Sold | 07/27/15 | K | C | |
| 578. -Microsoft Corp | A | Dividend | | | Sold | 07/27/15 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -Mondelez Intl Inc Com | A | Dividend | | | Sold | 07/27/15 | K | C | |
| 580.  -Procter & Gamble Co | A | Dividend | | | Sold | 07/27/15 | K | D | |
| 581.  -Spectra Energy Corp Com | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 582.  -Teco Energy Inc | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 583.  -UnitedHealth Group | A | Dividend | | | Sold | 07/27/15 | K | D | |
| 584.  -Walmart Stores Inc | A | Dividend | | | Sold | 07/27/15 | K | D | |
| 585.  -Fidelity Municipal Money Mkt | A | Dividend | J | T | Distributed (part) | 07/31/15 | L | A | |
| 586. | | | | | Distributed (part) | 08/03/15 | N | A | |
| 587. | | | | | | | | | |
| 588.  RAYMOND JAMES ESTATE ACCOUNT #3 | | | | | | | | | |
| 589. | | | | | | | | | |
| 590.  -Aetna Inc | A | Dividend | | | Sold | 07/14/15 | J | B | |
| 591.  -Allstate Corp | A | Dividend | | | Sold (part) | 07/14/15 | J | B | |
| 592.  -American Express | | | | | Sold (part) | 06/29/15 | M | A | |
| 593. | | | | | Distributed (part) | 07/01/15 | O | A | |
| 594. | | | | | Sold | 07/02/15 | M | A | |
| 595.  -Berkshire Hathaway Inc CL B | | None | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.  -Bristol Myers Squibb Co | A | Dividend | | | Sold | 07/14/15 | J | B | |
| 597.  -Capital One Financial Corp | | | | | Sold | 06/12/15 | J | A | |
| 598. | | | | | | | | | |
| 599.  -Cardinal Health Inc | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 600.  - Exxon Mobil Corp | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 601.  -Fidus Invt Corp | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 602.  -General Electric Co | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 603.  -Hancock Hldg Co | | | | | Distributed (part) | 06/17/15 | K | A | |
| 604. | | | | | Sold | 06/17/15 | J | A | |
| 605.  -Health Care REIT Inc | A | Dividend | | | Sold | 07/09/15 | J | B | |
| 606.  -JPMorgan Chase & Co | B | Dividend | | | Sold (part) | 05/27/15 | K | A | |
| 607. | | | | | Distributed (part) | 05/21/15 | K | A | |
| 608. | | | | | Distributed (part) | 06/15/15 | K | A | |
| 609. | | | | | Sold | 06/17/15 | K | A | |
| 610.  -Am Balanced FD Cl A | D | Dividend | M | T | | | | | |
| 611.  -Capital Inc Builder FD CL | D | Dividend | L | T | Sold (part) | 07/14/15 | L | A | |
| 612.  -Fundatmntal Invesors FD CL A | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Magner, Elizabeth W. | | | | | | | 11/1/2016 |
|---|---|---|---|---|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -Inc FD of AM CL A | E | Dividend | N | T | | | | | |
| 614. -Investment Co of AM CL A | D | Dividend | M | T | | | | | |
| 615. -JPMorgan Value Advantage FD CL A | | Dividend | | | Sold | 07/14/15 | K | B | |
| 616. -JPMorgan Inc Buiilder FD CL A | A | Dividend | | | Sold | 07/14/15 | K | A | |
| 617. -Limited Term Tax Exempt BD CL A | A | Dividend | | | Sold | 07/14/15 | L | A | |
| 618. -Lafayette Parish La, GO Ref Bds 2012 | C | Interest | L | T | | | | | |
| 619. -La Loc Govt Enviromental Facs & Comnty Dev Auth Rev La Tech 2007 | A | Interest | | | Matured | 10/01/15 | J | A | |
| 620. -LA Loc Govt Enviromental Fac & Comnty Dev LCTCS 2010 | A | Interest | K | T | | | | | |
| 621. -La Loc Govt Environmental Facs & Comnty LCTCS 2011 | | None | K | T | | | | | |
| 622. -La Pub Facs Auth Rev BDs Loyola Univ of NO 2011 | A | Interest | K | T | | | | | |
| 623. -La Pub Facs Auth Rev BDs Roman Catholic Archdiocesse of NO 2007 | B | Interest | K | T | | | | | |
| 624. -LSU Brd Supervisors Rev BDs 2012/2026 | B | Interest | J | T | | | | | |
| 625. -LSU Brd of Supervisors Rev BDs 2012/2027 | B | Interest | M | T | | | | | |
| 626. -Orleans Parish La Parishwide Sch Dist GO Ref BDs 2010 | D | Interest | L | T | | | | | |
| 627. -Raymond James Bank Deposit Program | A | Interest | N | T | Distributed (part) | 06/15/15 | K | A | |
| 628. | | | | | Distributed (part) | 06/17/15 | J | A | |
| 629. | | | | | Distributed (part) | 07/07/15 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | | | | | |
| 631. Vanguard Growth Index Fund | A | Interest | K | T | | | | | |
| 632. Vanguard Stock Mkt Index FD | A | Interest | K | T | | | | | |
| 633. | | | | | | | | | |
| 634. Other Estate property | | | | | | | | | |
| 635. | | | | | | | | | |
| 636. -Real property, Fort Worth TX -Chesapeake; 3/7/14 | F | Rent | O | Q | | | | | |
| 637. -JP Morgan Chase & Co C/S | | None | | | Merged (with line 606) | 05/29/15 | L | A | |
| 638. -Berkshire Hathway, Inc CL B C/S | | None | | | Merged (with line 595) | 05/29/15 | O | A | |
| 639. -Hancock Bank Holding Corp C/S | | None | | | Merged (with line 603) | 05/29/15 | K | A | |
| 640. -American Express Co C/S | | None | | | Merged (with line 592) | 05/29/15 | O | A | |
| 641. -Capital One Financial Corp, C/S | | None | | | Merged (with line 597) | 05/29/15 | J | A | |
| 642. -3.57143% Ownership interest Salt Domes Partnership; 3/7/14 | E | Royalty | M | Q | | | | | |
| 643. - Est Residual Value in the Estate of Elise Weeks assets unknown | | None | | | Closed | 12/31/15 | J | A | |
| 644. -Oil, gas, mineral interests St. Martin Parish, La Exxon; 3/7/14 | A | Royalty | K | Q | | | | | |
| 645. -Oil gas, mineral interests Iberia Parish, La-Hilcorp; 3/7/14 | D | Royalty | J | Q | | | | | |
| 646. -3.24074% Ownership interest in EWA, LLC; 3/7/14 | C | Dividend | L | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -4.17% Ownership interest in Lincoln Land Investments, Inc; 3/7/14 | | None | J | Q | | | | | |
| 648. -JPMorgan Chase bank account #4 50% interest | A | Interest | J | T | | | | | |
| 649. -JPMorgan Chase bank account #3 50% interest | A | Interest | J | T | | | | | |
| 650. -Whitney Bank accounts | A | Interest | P1 | T | | | | | |
| 651. -(X)1/3 int in real property-Ventress, La; 3/7/14; See Part VIII | | None | M | Q | | | | | |
| 652. -(X) Condo-Naples, FL; 3/7/14; See Part VIII | | None | | | Sold | 11/04/15 | P1 | G | |
| 653. -(X) Real estate-Baton Rouge, La.; 3/7/14; See Part VIII | | None | P1 | Q | | | | | |
| 654. -Maplewood Partners LLP- See Part VIII | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the 2104 Annual report, lines 194 and 249 are duplicates and one has been eliminated.

DHW died on March 7, 2014. On her death, Trust #1 was funded with life insurance proceeds. I am an income & principal beneficiary as well as the trustee of that trust.

I am the trustee of Trust #2 which has no assets.

Trusts 3-5 were created by DHW, on her death, for the benefit of three minor grandchildren. I am the trustee of these trusts. These trusts are being funded through distributions from the Estate of DHW. An undivided 1/6th interst in property located in Union city, TN was distributed to each trust in 2014 and was inadvertedly omitted from last year's report. No income was received in 2014 from this property and no debts were associated with it.

Trust 6 was created on the death of RPW. On the death of DHW, I became an income & principal beneficiary as well as the trustee. Trust 6 distributed its entire contents to its beneficiaries in July of 2014. It had no assets as of 12/31/14 and no longer is reported.

As last year's report notes, my Fidelity Joint Account and Fidelity Personal Account; Fidelity and Raymond James Trust Accounts for Trusts 3,4,& 5; Raymond James IRA, and accounts 1 & 2 held by the Estate of DHW were fully distributed, sold or transferred by 12/31/14 and held no assets in 2015.

The Estate of DHW held four assets inadvertanly omitted from last yeat's rturn. They are a condo in Naples, FL, a undivided 1/3 interest in a camp located in Ventress, La., a home in Baton Rouge, La.., and a limited partnership interest in Maplewood Partners LLP. None of these assets had any debt associated with them. The limited partnership owns undeveloped real estate in Baton Rouge, La.

The Estate of DHW also owned stock, in certificate form, in five corporations, all reported on last year's return. Those certificates were transferred into the Estate brokerage account at Raymond James in 2015 and are now reflected in its holdings.

In my report for 2014, I represented that the Fidelity IRA Account held by me as a beneficiary was closed in 2014 and held no assets as of December 31, 2014. This was correct. I incorrectly and inadvertantly reported in the transactions section of that account that it held an interst in Fidelity Cash Reserves with a reported value code of J based on the cash balance as of December 31, 2014. It was actually fully (rather than partially) distributed on 8/05/2014. As a result, this asset does not appear on this report.

Also in my report for 2014, I represented that the Fidelity Account for Trust #6 was closed in December of 2014 and held no assets as of December 31, 2014. This was correct. I incorrectly and inadvertantly reported in the transactions section of that account that it held and interest in Fidelity Municipal Money Market Fund with a reported value code of J based on market value as of December 31, 2014. It was actually fully (rather than partially) distributed on December 1, 2104. As a result, this asset does not appear on this report.

Added to this report is a 401(k) account in the name of my husband. It was inadvertently omitted from last year's report as I have no control over the account nor do I receive any reporting on its activites. However, as its contents are community assets, they should have been listed. The account was opened on 1/1/13 and has always been invested in the FID Freedon K 2025 fund. All increases in value have been from payroll contributions over the preceding years. As a result, the fund has not generated any income or gains over any of the years held. As of December 31, 2013 the balance was K based on market value. On December 31, 2114 tje balance was L again based on market value. This report reflects activity for 2015.

Line 28 was mistakenly added to my 2015 annual report. That security was actually reflected in line 27 so it was a duplicate.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth W. Magner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544